UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LENNARD LASTER,

        Petitioner,                    Case No. 1:21-cv-366

v.                                              Honorable Paul L. Maloney

GREGORY SKIPPER,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**. The Court certifies that an appeal would not be taken in good faith.


Dated:  May 6, 2021                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge