UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LENNARD LASTER,

        Petitioner,          Case No. 1:21-cv-366

v.          Honorable Paul L. Maloney

GREGORY SKIPPER,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** as moot.

Dated:   May 6, 2021                     /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge